IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
IN ADMIRALTY
CASE NO. 4:15-cv-153

ALBERT G. VANDERMEER,
        Plaintiff, )
v. )
  )
M/V CHARAZZ (EX-SIP'N'TIME) )   ORDER WITHHOLDING ISSUANCE OF
(HIN# RPGUSA13A900), her boats, )   WARRANT OF ARREST OF VESSEL
tackle, apparel, furniture, engines, )
fishing history and permits, and )
appurtenances, etc., *in rem,* )
  )
and )
  )
GRAND SLAM YACHT & BOAT )
SALES, LLC, WILTON CARLYLE )
GAY, and JAMES ALLEN HINDS, *in* )
*personam,*

**Defendants**

Upon the Amended Motion of Plaintiff, and for good cause shown, that of judicial economy, it is hereby ORDERED that the issuance of the warrant of arrest for the M/V CHARAZZ (EX-SIP'N'TIME, HIN# RPGUSA13A900), her boats, tackle, apparel, furniture, engines, fishing history and permits, and appurtenances, etc., be and is HEREBY WITHHELD until such time as Plaintiff files a subsequent motion with this Court for the issuance of such a warrant.

SO ORDERED. This 6 day of October 2015.

                                            JAMES C. DEVER III
                                            Chief United States District Judge